**Samuel C. Breslin**
733 Broadway, Suite 1
Albany, New York 12207
sam@breslinlawgroup.com
518.650.3733

November 17, 2025

Hon. Brenda K. Sannes
United States District Judge
445 Broadway
Albany NY 12207

> Re: United States v. Luis Fernando Morales Jom
> 25-MJ-273
> *Request for Combined Plea & Sentencing*

Dear Judge Sannes:

I represent Luis Fernando Morales Jom, a Guatemalan citizen, in connection with an alleged violation of 8 USC 1326(a), illegal re-entry. With this letter, I respectfully ask that the Court accept Mr. Morales' plea, and sentence him at the same time.

Upon information and belief, aside from his previous removal in February of 2024, Mr. Morales lacks any criminal or immigration history. In discussing the matter with him, Mr. Morales hopes to quickly resolve this criminal case and expedite the likely process of deportation or removal to Guatemala. I respectfully ask that the Court waive a pre-sentence investigation and sentence the defendant on November 17, 2025, to a period of "time served," which will serve to close the matter, expedite his removal, and conserve taxpayer resources.

Mr. Morales is a kind man who simply sought a better life in the United States. At the time of his arrest, he was employed at the Nutrition Bar Confectioners factory in Cato, New York. He is a hard worker and was present in the United States for purposes of employment and sending money home to his family. I have stressed to Mr. Morales that if he is caught in the United States again, the consequences will likely be far more serious. He has indicated that he understands and regrets coming back after his first removal. He is sincerely sorry for what he has done.

Thank you for your time and consideration.

Respectfully,

Breslin Law Group, PLLC

Samuel C. Breslin

cc. Michael Perry, AUSA